UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America ) <br> ) <br> v. ) <br> ) <br> Wilson Peguero ) | CRIM. NO. 1:19-10459-RWZ-14 |

## MOTION TO WITHDRAW

NOW COMES the undersigned attorney, Bradford R. Stanton and respectfully moves this Court for leave to withdraw my appearance for Wilson Peguero, in the above captioned matter.

As grounds therefore, counsel states that Mr. Peguero has terminated counsel and expressed a desire to request that this Court appoint CJA counsel.  See Mandatory withdrawal, ABA Code, DR 2-110 (B)(4); Appearances, Local Rule 83.5.2 (c)(1) & (c)(2) of the U.S. District Court, District of Massachusetts.

Respectfully Submitted,

/s/ Bradford R. Stanton

Bradford R. Stanton, BBO #681913
Gens, Stanton & Florek, P.C.
12 Ericsson Street, 2nd Fl
Boston, MA 02122
(617) 936-4591
bstanton@genslawoffices.com

## CERTIFICATE OF SERVICE

I hereby declare that I have today filed this document in the above case using the ECF system, which shall send notification of such filing to the United States Attorney and all other parties.

                                               */s/ Bradford R. Stanton*

                                               Bradford R. Stanton, BBO #681913
                                               Gens, Stanton & Florek, P.C.
                                               12 Ericsson Street, 2nd Fl
                                               Boston, MA 02122
                                               (617) 936-4591
                                               bstanton@genslawoffices.com

Dated: April 8, 2020