UNITED STATES DISTRICT COURT DISTRICT
OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                                    Case No.: 1:19-CR-10459-RWZ

WILSON PEGUERO,
    Defendant.

**ASSENTED TO MOTION FOR RULE 11 HEARING**

    Now comes the Defendant, through counsel, and with the assent of the Government, and requests that this Court schedule a Rule 11 hearing anytime that is convenient with the Court. The parties further request that the time from the date of this filing to the Rule 11 hearing be excluded from consideration under the Speedy Trial Act, as the delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. sec. 3161(h)(7)(A).

Respectfully submitted,
Wilson Peguero, Defendant,
By his attorney,

_____
James M. Caramanica, Esq., #565882
Law Office of James M. Caramanica
20 N. Main St., Suite 306
Attleboro, MA 02703
(508) 222-0096

Dated: 6/26/20

**CERTIFICATE OF SERVICE**

I certify that a copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

_____
James M. Caramanica

1